PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW SMITH, | ) | CASE NO. 1:19CV2239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| CRAFT BREW COMPANY, INC., *et al.*, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

Pending is the parties' Joint Motion For Dismissal (ECF No. 4). For good cause shown, the motion is granted. The parties have settled Plaintiff's claims in full.

The action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

| | |
|---|---|
|   October 31, 2019   |  */s/ Benita Y. Pearson*  |
| Date | Benita Y. Pearson |
| | United States District Judge |